John James BELL, a/k/a Omar Abdel–Al–Mumit, Plaintiff–Appellant,

v.

Doris Ann COOKE, RN; Doctor M. Beinor; P. Hough, Inmate Grievance Coordinator; Warden Cecilia Reynolds; Associate Warden Jennie McKay, Defendants–Appellees.

No. 10–7593.

United States Court of Appeals, Fourth Circuit.

Submitted: April 11, 2011.

Decided: April 29, 2011.

John James Bell, Appellant Pro Se. James E. Parham, Jr., Irmo, South Carolina, for Appellees.

Before SHEDD, DUNCAN, and KEENAN, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

John James Bell appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his 42 U.S.C. § 1983 (2006) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Bell v. Cooke,* No. 8:10–cv–00398–HFF, 2010 WL 4537017 (D.S.C. Nov. 2, 2010). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*